# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

**Gary Scherer**,

    Plaintiff,

v.

**Woodley-Vanomen Properties**; **TMT Wireless, Inc.**, a California Corporation**;**

    Defendants.

Case: CV 18-8239-GW-AFMx

**JUDGMENT**

    Following the Court's ruling on October, 21, 2019, the Court grants JUDGMENT in favor of plaintiff Gary Scherer and against Defendants Woodley-Vanomen Properties and TMT Wireless, Inc.

    Defendants Woodley-Vanomen Properties and TMT Wireless, Inc. shall pay a statutory award of $4,000 to Plaintiff. Additionally, Defendants are ordered to provide an accessible path of travel at the entrance of the MetroPCS store located at or about 16065 Vanowen Street, Van Nuys,

California, in compliance with the Americans with Disabilities Act Standards for Accessible for Design.

Dated: October 25, 2019  By: _____
Hon.  George H. Wu
United States District Judge

*Presented by*:
Isabel Rose Masanque, Esq.
858-375-7385
IsabelM@potterhandy.com
Attorney for Plaintiff