# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Gary Scherer**, <br><br> Plaintiff, <br><br> v. <br><br> **Woodley-Vanomen Properties**; **TMT Wireless, Inc.**, a California Corporation; and Does 1-10, <br><br> Defendants | **Case:** CV 18-8239-GW-AFMx <br><br> Judgment Re: Plaintiff's Motion for an Award of Attorneys' fees and Litigation expenses |

Following the Court's ruling on January 16, 2020 the Court grants JUDGMENT in favor of plaintiff Gary Scherer and against defendants Woodley-Vanomen Properties, and TMT Wireless, Inc., a California Corporation in the amount of $8,714.40 in attorneys' fees and $2,282.24 in costs –totaling $10,996.64.

Dated: February 5, 2020     _____
                             Hon.  GEORGE H. WU
                             United States District Judge

*Presented by*:
Dennis Price, Esq.
858-375-7385
mark@potterhandy.com
Attorney for Plaintiff